IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

ALEKSANDR L. YUFA,

       Plaintiff,

   v.

MET ONE INSTRUMENTS, INC.,
et al.,

       Defendants.

No. 1:08-cv-3016-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

1 - ORDER

I agree with Magistrate Judge Clarke that plaintiff's claim for emotional distress should be dismissed without prejudice; the Doe defendants should be stricken from the caption; and Met One's motion for a more definite statement should be denied.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#70) is adopted. Met One's motion to dismiss, to strike, and for a more definite statement (#66) is granted without prejudice as to the emotional distress claim and as to striking the Doe defendants, and denied as to the motion for a more definite statement.

IT IS SO ORDERED.

DATED this 21 day of February, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE