# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# MEDFORD DIVISION

**ALEKSANDER L. YUFA,**

    Plaintiff,　　　　　　　　　　　　　　　　No. 1:08-cv-3016-CL

  v.　　　　　　　　　　　　　　　　　　　　　　**ORDER**

**MET ONE INSTRUMENTS, INC.;**
**DOE 1-10,**

    Defendants.

_____

McSHANE, District Judge.

    Magistrate Judge Mark D. Clarke has filed a Report and Recommendation, ECF No. 141, concerning the Motion to Dismiss filed by Defendant Met One Instruments, ECF No. 133, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Although no objections have been filed, this Court reviews the legal principles *de novo*. *See Lorin Corp. v. Goto & Co., Ltd.*, 700 F.2d 1202, 1206 (9th Cir. 1983).

    The Court has given this matter *de novo* review and finds no error. Accordingly, the Court ADOPTS the Report and Recommendation. Defendant's Motion to Dismiss is GRANTED and this case is DISMISSED with prejudice. Final judgment shall be entered accordingly.

    It is so ORDERED and DATED this __20th__ day of May, 2019.

                                         /s/Michael McShane
                                         MICHAEL McSHANE
                                         United States District Judge